UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ANNA P. DALTON, | ) | No. CV-04-0476-MWL |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING JOINT MOTION FOR STIPULATED ORDER OF REMAND |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The parties have filed a joint motion seeking a stipulated order remanding the case to the Commissioner for further administrative proceedings. After considering the motion,

**IT IS ORDERED** that the above-captioned case is remanded for further administrative proceedings. Upon remand, the Administrative Law Judge (ALJ) will:

1. reassess whether plaintiff has a severe mental impairment, taking into account all medical source opinions, "other" source opinions, and lay evidence;

2. address the additional evidence submitted to the Appeals Council;

3. reassess plaintiff's credibility considering lay testimony and providing reasons if lay testimony is rejected;

4. evaluate plaintiff's drug addiction and alcohol abuse in

accordance with established procedures; and

5. obtain supplemental vocational expert testimony, if warranted.  If warranted and necessary, the ALJ will obtain medical expert testimony to resolve any conflicts in the record regarding the severity of Plaintiff's mental disorder.

This Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The District Court Executive is directed to enter judgment for the plaintiff and **CLOSE** the file.

DATED this 6th day of September, 2005.

s/ Michael W. Leavitt

MICHAEL W. LEAVITT
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ CAROL A. HOCH
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
Telephone:  (206) 615-2684
Fax:  (206) 615-2531
carol.a.hoch@ssa.gov